UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 02-CV-909 DWF/SRN

---

Tiffany L. Pitts,

    Plaintiff,

vs.

Receivables Management Group, Inc.,

    Defendant.

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**

---

WHEREAS, the above-captioned action was filed by Plaintiff in April 2002; and

WHEREAS, Defendant interposed an Answer in the action; and

WHEREAS, the parties have reached an agreement for settlement of the action.

NOW, THEREFORE, Plaintiff and Defendant, by and through their respective counsel, hereby stipulate and agree that the action may be, and hereby is, dismissed with prejudice and on the merits. The District Court Administrator may enter this Stipulation for Dismissal with Prejudice in the records of the Court without costs or disbursements to any party.

BRUTLAG, HARTMANN & OKONESKI, P.A.

Dated: July 3, 2002

By: _____
Ryan J. Trucke (030590X)
1100 Pillsbury Center
200 South Sixth Street
Minneapolis, MN 55402
(612) 630-3204

ATTORNEYS FOR DEFENDANT

FILED AUG 0 5 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____

Dated: Jul 30/2002                    SLADE LEGAL SERVICES

By: _____
Nicholas P. Slade (0270787)
342 East County Road D
St. Paul, MN 55117
651-735-1411

ATTORNEY FOR PLAINTIFF

## ORDER

Based upon the foregoing Stipulation of counsel, IT IS HEREBY ORDERED that the above action may be, and hereby is, dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: Aug 5, 2002            BY THE COURT:

_____
Judge of District Court

2771-01.stip of dismissal